IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In re:

Christina Cooper
194 Sunfish Rd
Alma, GA 31510
SSN: XXX-XX-4371

Debtor(s)

Chapter 13
Case No.22-50304-MJK

## TRUSTEE'S MOTION TO CONFIRM AS AMENDED

Trustee moves that Debtor's(s') plan be confirmed. The plan, as amended commits Debtor's(s') disposable income to the plan for a period of at least thirty-six months and otherwise conforms to the requirements of Title 11. The plan, as amended will pay $_____ or more to unsecured creditors, but in any event will pay not less than _____ % of the total allowed unsecured claims.

Debtor's(s') plan is amended to:

☐ Raise payments/extend plan as follows:

☐ Change valuation(s) as follows:

☑ Allow/Modify/Disallow claims as follows:

☐ Other:   CL #5 Gibson McDonald
            pay fully secured at 5%

Trustee certifies that none of the foregoing amendments require notice to parties, other than those whose consent has been given this 27th Day of September, 2022.

_____
Debtor's Counsel

_____
Chapter 13 Trustee / Attorney

_____
Debtor

_____
Debtor

_____ GIBSON MCDONALD
Creditor's Counsel

_____
Creditor's Counsel

TCD