**FRANCIS D. HAYES**
Attorney at Law

May 3, 2023

Mrs. Elaina Massey
Chapter 13 Trustee
Post Office Box 1717
Brunswick, GA 31521

Re: Christina Cooper
Case No: 22-50304

Dear Mrs. Massey:

Please issue payroll deduction to Debtor's place of employment to the address is as follows:

> Attention: Payroll Department
> GIBSON MCDONALD
> 395 BONNEYMAN RD.
> BLACKSHEAR, GA 31516

If you have any questions regarding this matter please contact my office. Thanks for your assistance.

Sincerely,

M. Lauren Hayes
Associate attorney at Law
MLH/ij



P.O. Box 2377
Douglas, Georgia 31534

Phone (912)383-6132
Fax: (912)383-9634
email: fhayeslaw@yahoo.com