IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

IN THE MATTER OF:

Christina Cooper
194 Sunfish Rd
Alma, GA 31510

Chapter 13
Case No. 22-50304-MJK

Debtor(s)

## RELEASE OF WAGES

The Notice to Commence Wage Witholdings heretofore entered in these proceedings by which the debtor's employer:

LYON MANAGEMENT SVCS
ATTN: PAYROLL
318 COFFEE AVENUE SOUTH
DOUGLAS, GA 31533

was required to pay debtor's earnings, or a portion thereof, to:

Chapter 13 Trustee
Brunswick & Waycross Divisions
Post Office Box 1717
Brunswick, GA 31521-1717

is rescinded and the above-named employer will henceforth account directly to the employee for wages earned. Any funds held by the employer as of this date should be returned directly to the debtor.

Dated: Thursday, May 4, 2023

/s / M. Elaina Massey
_____
M. Elaina Massey
Chapter 13 Trustee
Georgia Bar No. 016118

CC:   Franklin D Hayes
      Po Box 2377
      Douglas, GA 31534

CEM