IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In the Matter of Debtor/Employee:  ) | Chapter 13 |
| Christina Cooper  ) | |
| 194 Sunfish Rd  ) | Case No: 22-50304-MJK |
| Alma, GA 31510  ) | |
| SSN: XXX-XX-4371 | |

### NOTICE TO COMMENCE WAGE WITHHOLDING

Pursuant to General Order 2013-1, issued by the UNITED STATES BANKRUPTCY COURT for the Southern District of Georgia on February 22, 2013, NOTICE IS HEREBY GIVEN that the Debtor's employer:

GIBSON McDONALD
ATTN: PAYROLL
395 BONNEYMAN RD.
BLACKSHEAR, GA 31516

which owes wages to the Debtor, shall withhold therefrom, to the exclusion of all other deductions and legal processes, except for
- taxes;
- court-ordered child support payments;
- employee portion of the cost of medical benefits;
- employee portion of the cost of term-life insurance obtained through Debtor's employer;
- required contributions to the Debtor's retirement or pension plan if maintained by the Debtor's employer, and
- labor union dues,

the equivalent monthly amount of $150.00 beginning **IMMEDIATELY** and shall remit said funds, at least monthly, to the Chapter 13 Trustee at the address below, and shall continue to do so each month until further notice. If Debtor receives wages weekly, bi-weekly, semi-monthly or in any manner that is more frequent than once each month, the employer shall deduct a portion of the Debtor's monthly plan payment from each wage payment unless the Debtor requests the full amount be deducted in one payment each month.

**UNTIL FURTHER NOTICE, YOU ARE REQUIRED AND DIRECTED TO REMIT PAYMENTS TO:**

**Office of the Chapter 13 Trustee**
**P.O. Box 1717**
**Brunswick, GA 31521-1717**

**The Employee/Debtor's name and Case number must be on your payments.**
**Notify the Trustee's Office if and when the debtor leaves your employment.**

Employers may not deduct from Debtor's earnings any sum for expenses for administering this Notice unless approved by the Court upon application. Objections to this Notice must be filed in writing with the United States Bankruptcy Court at the following address: 801 Gloucester St., 3rd Floor, Brunswick, GA 31520.
DO NOT SEND PAYMENTS TO THIS ADDRESS.

| | |
|---|---|
| This 4th day of May 2023. | */s / M. Elaina Massey* |
| cc: FRANKLIN D HAYES | M. Elaina Massey |
|     PO BOX 2377 | Chapter 13 Trustee |
|     DOUGLAS, GA 31534 | Georgia Bar No. 016118 |

CEM